UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURENCE F. SULNER, Plaintiff, -against- THE CITY OF NEW YORK, ET AL., Defendants. | 26-CV-5035-JGK ORDER OF SERVICE |

JOHN G. KOELTL, United States District Judge:

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that the City of New York, the New York City Police Department, Jessica Tisch, and Hugh Bogle waive service of summons.

The Clerk is respectfully requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

SO ORDERED.

Dated: July 16, 2026
New York, New York

JOHN G. KOELTL
United States District Judge