UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
LAURENCE F. SULNER,
Plaintiff(s)

26 civ 5035 (JGK)

-against-

CITY OF NEW YORK, et al.,
Defendant(s).
--------------------------------------------------------------X

**ORDER**

The conference scheduled for Tuesday, November 3, 2026, is **adjourned to Tuesday, November 10, 2026, at 3:00pm. Dial-in: 646 453-4442, with Conference ID 675 278 33#.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 27, 2026

Filed on ECF and mailed to:
Laurence F. Sulner
220 E. 57th Street, Suite 2E
New York, New York 10022