UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURENCE F. SULNER,

Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

Defendants.

26-cv-5035 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court had scheduled a pre-motion conference in response to the defendants' desire to move to dismiss based on mootness. The plaintiff failed to appear.

The plaintiff should provide a letter to the Court by **November 20, 2026** indicating whether the plaintiff wishes to proceed or chooses to dismiss the complaint.

If the plaintiff wishes to proceed with the case, the defendant can make a motion to dismiss by **December 11, 2026.** The plaintiff may respond by **December 28, 2026.** The defendants may reply by **January 11, 2026.**

The Clerk is requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
November 10, 2026

John G. Koeltl
United States District Judge